IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MON CREE ALLEN                                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO.    5:07cv186 DCB-JMR

JEANETTE "LYNN' TOLLIVER DELANEY; THE
WILKINSON COUNTY DEMOCRATIC EXECUTIVE
COMMITTEE; and THE WILKINSON COUNTY
BOARD OF ELECTION COMMISSIONERS                                DEFENDANTS

## AGREED ORDER OF DISMISSAL

THIS ACTION being before the Court on the agreement of all parties, and the Court being fully advised in the premises, finds that this case should be and is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ Deborah McDonald
DEBORAH McDONALD, Esq.
Attorney for Plaintiff, Mon Cree Allen
P. O. Box 2038
Natchez, MS 39121
(601)  445-5577 (phone)
(601) 442-5400 (fax)
attorneydmc@bellsouth.net

-1-

/s/ Amy F. Ryan_____
AMY F. RYAN, Esq.
Attorney for Defendant, Jeanette "Lynne"
Tolliver Delaney
P. O. Box 515
Woodville, MS 39669-0515
(601) 888-9919 (phone)
(601) 888-9912 (fax)
lawamy@bellsouth.net


/s/ Michael S. Allred_____
MICHAEL S. ALLRED, Esq.
Attorney for Defendant,  TheWilkinson County
Democratic Executive Committee
P. O. Box 3828
Jackson, MS 39207-3828
601-713-1414 (phone)
601-718-3259 (fax)
mallred@allredlaw.com


/s/ David Shepherd Crawford_____
DAVID SHEPHERD CRAWFORD, Esq.
Attorney for Defendant, The Wilkinson County
Board of Election Commissioners
P. O. Box 1017
Woodville, MS 39669-1017
(601) 888-3102 (phone)
(601) 888-3104 (fax)
swr_wcalaw@bellsouth.net